IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALTON D. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 16-627 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

This case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On August 15, 2016, the Magistrate Judge issued a Report (Doc. 2) recommending that Plaintiff's Motion for Leave to Proceed in forma pauperis (Doc. 1) be denied, and that this action be dismissed without prejudice to Plaintiff's paying the full amount of statutory and administrative filing fees. Service of the Report and Recommendation was made, and Plaintiff has filed Objections. Doc. 6.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, it hereby is **ORDERED** that: Plaintiff's Motion for Leave to Proceed in forma pauperis (**Doc. 1**) is **DENIED** pursuant to 28 U.S.C. § 1915(g); this action is **DISMISSED**, without prejudice to reopening once Plaintiff pays the full amount of statutory and administrative filing fees, totaling $400.00; and the Magistrate Judge's Report and Recommendation is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

October 14, 2016                                  s\Cathy Bissoon
                                                  Cathy Bissoon
                                                  United States District Judge


cc (via First-Class U.S. Mail):

Alton D. Brown
DL-4686
S.C.I. Greene
175 Progress Drive
Waynesburg, PA  15370